COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

JUAN ARELLANO,  §  No. 08-18-00079-CR

Appellant,  §  Appeal from the

v.  §  Criminal District Court No. 1

THE STATE OF TEXAS,  §  of El Paso County, Texas

State.  §  (TC# 20150D05071)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 10, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eduardo Solis, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 10, 2019.

IT IS SO ORDERED this 10th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.